FOR THE EASTERN DISTRICT OF VIRGINIA
NEWPORT NEWS DIVISION

FILED
FEB - 2 2023
CLERK, U.S. DISTRICT COURT
NORFOLK, VA

UNITED STATES OF AMERICA )
) CASE NO. 4:23mj12
v. )
) COURT DATE: MARCH 13, 2023
AYANNA A. ABDULAHAD )

## CRIMINAL INFORMATION

### CHARGE ONE
Ticket No. E1050679

THE UNITED STATES ATTORNEY CHARGES:

That on or about December 12, 2022, at Langley Air Force Base, Virginia, on lands acquired for the use of the United States, within the special maritime and territorial jurisdiction of the United States and in the Eastern District of Virginia, AYANNA A. ABDULAHAD, did intentionally steal or purloin, or knowingly convert to her use or use of another, property of the United States, to wit: government property valued at an amount less than $1000. (In violation of Title 18, United States Code, Section 641).

JESSICA D. ABER
United States Attorney

BY: *Angelique B Lee*
Angelique B. Lee
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: (757) 225-9139
Email: angelique.lee@us.af.mil

## CERTIFICATE OF SERVICE

I, Angelique B. Lee, hereby certify that on February 2, 2023, I caused a true and correct copy of the foregoing criminal information to be given to the defendant, AYANNA A. ABDULAHAD.

JESSICA D. ABER
United States Attorney

BY: *Angelique B. Lee*
Angelique B. Lee
Special Assistant United States Attorney
Attorney for the United States
United States Attorney's Office
Fountain Plaza Three, Suite 300
721 Lakefront Commons
Newport News, Virginia 23606
Phone: (757) 225-9139
Email: angelique.lee@us.af.mil